IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

CASE NO.: 97-231-01 (SEC)

JOHN FRANCO

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*

**O R D E R**

Upon petition of NORMA RIVERA-ROCHET, U.S. PROBATION OFFICER of this Court, alleging that releasee, John Franco, has failed to comply with his conditions of supervised release, it is

ORDERED that releasee appear before this Court on _____2005, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against his.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against his.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons , toll the Supervised Release Term, and notify counsel for releasee and the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this     day of     2005.

_____
**Honorable Salvador E. Casellas**
**U.S. District Judge**

**NRR**