**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v<br><br>JOHN FRANCO,<br>        Defendant. | CRIMINAL NO.  97-231-01(SEC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1.      Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for John Franco.

2.      Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, request Federal Public Defender, Mr. Joseph C. Laws, Jr., be terminated from the case for electronic filing purposes.

In San Juan, Puerto Rico, on the 27th day of June of 2005.

**JOSEPH C. LAWS, JR.
Federal Public Defender
District of Puerto Rico**

*S/Héctor E. Guzmán, Jr.*
**HECTOR E. GUZMAN, JR.
USDC-PR 216108
A.F.P.D. for Defendant
241 Franklin D. Roosevelt Avenue
Hato Rey, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail :** hector_guzman@fd.org

USA v. John Franco                                                                                               Page 2
Criminal No. 97-231-01 (SEC)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 27th day of June of 2005.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

*S/Héctor E. Guzmán, Jr.*
**Hector E. Guzman, Jr.**
**USDC-PR 216108**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail :** hector_guzman@fd.org