# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO

UNITED STATES OF AMERICA
V.
JOHN FRANCO

**SUMMONS IN A CRIMINAL CASE**

Case Number:   3:97CR231-01 (SEC)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U. S. Courthouse and Federal Building<br>Fourth Floor, Carlos Chardon Street<br>Hato Rey, Puerto Rico  00918 | 455 |
| Before:   Justo Arenas, Chief, U. S. Magistrate Judge | Date and Time<br>June 22, 2005, at 2:00 p.m. |

To answer a(n)
- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☒ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
Failed to obtain General Equivalency Diploma (GED).

YOU SHALL CONTACT THE U. S. PRETRIAL SERVICES OFFICE not later than June 22, 2005, at 10:00 a.m. at Room 634 Federal &Courthouse Building, Chardón Avenue, Hato Rey, Puerto Rico 00918 (772-3301)

Frances Rios de Moran, Clerk of the Court
Name and Title of Issuing Officer

s/ Brenda Gonzalez, Courtroom Deputy/Case Manager
Signature of Issuing Officer

June 1, 2005
Date

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the District of Puerto Rico
By: _____
Deputy Clerk
Date: 6/1/05

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Rest

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6-16-05
            Date

Special Deputy John C. Fisher
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.