UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

Start : 10:49 A.M.
End : 11:00 A.M.

HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: YELITZA RIVERA-BUONOMO    DATE: 07/29/05

COURT REPORTER: FTR    CASE NO: 97-231(SEC)

INTERPRETER: N/A    PROB. OFFICER NORMA RIVERA

================================================================

| UNITED STATES OF AMERICA | AUSA GEORGE A. MASSUCCO |
|---|---|
| Plaintiff | |
| vs. | |
| 1- JOHN FRANCO | AFPD VICTOR GONZALEZ-BOTHWELL |
| Defendant | |

================================================================

**CASE CALLED FOR PRELIMINARY HEARING ON REVOCATION.**

The Court placed a call to Ms. Yara Suarez, Probation Officer in New York who has been handling the case. Both the Court as well as AFPD Gonzalez inquired as to defendant's violations. Ms. Suarez stated for the record that the defendant had finally complied with the condition of obtaining his GED, therefore the violation no longer existed.

The Court, based on the statements made by the Probation Officer, left without effect its Order to Show Cause, vacating the same, and as the term has expired, closed the case for all judicial purposes.

S/ Yelitza Rivera-Buonomo
Deputy Clerk