AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE          DISTRICT OF          PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                           CRIMINAL NO. 97-231(SEC)

JOHN FRANCO

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

S/Jenifer Hernandez
USDC No. 216002
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787)766-6222
Email: jenifer.hernandez@usdoj.gov

Dated: August 2, 2005

**Notice of Appearance**
**Page 2**

# CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

 At San Juan, Puerto Rico this 2nd day of August, 2005

            S/ *Jenifer Y. Hernandez*
            Attorney for Plaintiff